```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
AMANDA FRIEDMAN,                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :      21 Civ. 10935 (JPC)
          -v-                                                          :
                                                                       :           ORDER
THE ENCHANTED HOME INC.,                                               :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 29, 2022, the parties filed a letter advising the Court that they "have reached an agreement in principle to settle their dispute in its entirety" and requested that "the Court dismiss this matter, with leave for either party to reopen the case should the parties not finalize their settlement within 30 days." Dkt. 13. As requested by the parties, on that same day, the Court entered an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days of the Order in the event the settlement agreement is not completed and executed. Dkt. 14.

On May 26, 2022, Plaintiff filed a letter requesting that "the Court restore the action pursuant to the Court's Order dated April 29, 2022" because "the parties have been unable to agree to the specific terms of settlement." Dkt. 15. On May 27, 2022, the Court granted Plaintiff's request and restored this action. Dkt. 16. The Court also directed the parties "to file a joint letter by June 3, 2022, advising the Court as to the status of settlement and, if settlement is not feasible at this time, whether the parties intend to proceed with discovery in this action and by what date Defendant intends to respond to the Complaint." *Id.* The June 3, 2022 deadline has passed and the docket does not reflect any letter filed by the parties.

Accordingly, it is hereby ORDERED that, by June 8, 2022, the parties shall file a joint letter in accordance with the Court's May 27, 2022 Order.

SO ORDERED.

Dated: June 6, 2022
      New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge